**Kathleen Bales-Lange, #094765**
**County Counsel for the County of Tulare**
**Kathleen A. Taylor, # 131100**
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: 559 733 6263
Telecopier: 559 737 4319

Attorney for Defendant

**William A. Romaine # 126966**
1200 South Woodland Street, Suite A
Visalia, California 93277-4212
(559) 635 3040 (Telephone)
(559) 635 3044 (Telecopier)

Attorney for Plaintiff

# United States District Court
# Eastern District of California

| | |
|---|---|
| ED. BODLEY<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, CALIFORNIA, BILL WITTMAN, SHERIFF, COUNTY OF TULARE, and D. LINARES, an individual,<br><br>  Defendants | Case No: 1:07-CV-00251-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

By and through their respective counsel of record, the parties hereto do hereby stipulate that the Scheduling Conference in the above-entitled matter, scheduled to be held on August 10, 2007 at 8:45 A.M. in Courtroom 3 of the above-entitled court be continued until September 14, 2007 at 8:45 A.M. in Courtroom 3 of the above-entitled court.

It is so stipulated.

Dated: August 9, 2007                                 Tulare County Counsel

1

2   by: _____s/_____
    Kathleen A. Taylor,
3   Deputy County Counsel,
    Attorney for Defendants.

4

Dated: August 9, 2007          Law Office of William A. Romaine

5

6   by: _____s/_____
    William A. Romaine
7   Attorney for Plaintiff.

8

9

**ORDER**

10   On the stipulation of the parties as hereinbefore set forth, IT IS HEREBY ORDERED that the Scheduling Conference in the above-entitled matter, scheduled to be held on August 10,
11   2007 at 8:45 A.M. in Courtroom 3 of the above-entitled court be and is hereby continued until September 14, 2007 at 8:45 A.M. in Courtroom 3 of the above-entitled court.

12

IT IS SO ORDERED.

13

**Dated:   August 9, 2007**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26