UNITED STATES DISTRICT COURT
EASTERN DISTRICT

ED R. BODLEY,

        Plaintiff,

   v.

BILL WITTMAN and DANIEL LINARES, in their individual capacity as sheriffs of the COUNTY OF TULARE, and the COUNTY OF TULARE,

        Defendants.

Case No.: 1:07-CV-00251-OWW-DLB

Order Granting Defendants' Motion for Summary Judgment

    This matter having come before the court on the motion by defendants Bill Wittman, Daniel Linares, and the County of Tulare for summary judgment (Document 19) and the court having considered the papers submitted in support of the motion and in opposition to the motion, and having previously continued the hearing on the motion, thus allowing plaintiff additional time for discovery, the court issued its Memorandum Decision without oral argument (Document 25).  The court determined that plaintiff's action is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), making it unnecessary to reach the other arguments presented in support of the motion.  Therefore,

    IT IS ORDERED that the motion by defendants for summary judgment be, and hereby is, granted.

Dated: April 22, 2008                   /s/ OLIVER W. WANGER
                                                Oliver W. Wanger
                                                District Court Judge

County Counsel
Tulare County
Visalia, California